

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F. #2017R02234

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 24, 2024

By ECF

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Horst Jicha
           Criminal Docket No. 23-342 (OEM)

Dear Judge Merchant:

      The government respectfully writes to provide a status update in this matter. As the Court is aware, on or about October 3, 2024, the defendant Horst Jicha absconded in violation of his pretrial conditions. To date, the defendant has not self-surrendered. In light of this, the government respectfully requests that the trial date, currently scheduled for March 24, 2025, be adjourned *sine die*. The government also respectfully requests that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(3) and 3161(h)(7).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/
      Kaitlin Farrell
      Genny Ngai
      Daniel Marcus
      Assistant U.S. Attorneys
      718-254-7000

cc:     Clerk of the Court (OEM) (By ECF)
        Counsel of Record (By ECF)