

Marissel Descalzo
305.537.9572 Direct Dial
mdescalzo@tachebronis.com

February 27, 2025

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **RE:** *United States of America v. Horst Jicha*
      **Case No. 23-CR-342 (OEM)**

Dear Judge Merchant:

  The Parties respectfully writes to provide a status update in this matter. As the Court is aware, on or about October 3, 2024, the defendant Horst Jicha absconded in violation of his pretrial conditions. To date, the defendant has not self-surrendered. In light of this, the government respectfully requests that the pretrial conference scheduled for March 10, 2025 be adjourned sine die. The Parties also respectfully requests that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(3) and 3161(h)(7).

            Respectfully submitted,

By: */s/ Kaitlin Farrell*          By: */s/ Marissel Descalzo*
  **Kaitlin Farrell, AUSA**         **Marissel Descalzo, Esq.**
  United States Attorney's Office      Tache, Bronis and Descalzo, P.A.
  Eastern District of New York       *Counsel for Horst Jicha*
  *For the Government*