

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F. #2017R02234

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 24, 2025

By ECF

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Horst Jicha
           Criminal Docket No. 23-342 (OEM)

Dear Judge Merchant:

      The government respectfully writes pursuant to the Court's order to provide an update. The defendant remains at large and is a fugitive. Given his fugitive status, the government respectfully requests the Court administratively close the case on the docket. When the defendant is apprehended, the government will alert the Court and the case may be reopened at that time.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:     /s/
      Kaitlin T. Farrell
      Daniel J. Marcus
      Assistant U.S. Attorneys
      718-254-7000

cc:    Clerk of the Court (OEM) (By ECF)
      Counsel of Record (By ECF)